**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RANDALL, DEBRA | § Case No. 12-81428 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JOSEPH D. OLSEN                        </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　327 South Church Street, Room #1100
　　Rockford, IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 10/29/2012 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  09/07/2012          By:  /s/JOSEPH D. OLSEN
                                                                                   Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RANDALL, DEBRA | § | Case No. 12-81428 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 4,950.00 |
| **Balance on hand:** | $ 4,950.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,950.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 51.75 | 0.00 | 51.75 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,387.50 | 0.00 | 1,387.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,689.25 |
| Remaining balance: | $ 2,260.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,260.75 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $393.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 393.02 | 0.00 | 393.02 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 393.02 |
| Remaining balance: | $ | 1,867.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,273.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Midland Credit Management, Inc. | 7,069.51 | 0.00 | 925.07 |
| 3 | PHARIA L.L.C. | 2,902.21 | 0.00 | 379.77 |
| 4 | American InfoSource LP as agent for | 2,431.53 | 0.00 | 318.18 |
| 5 | Quantum3 Group LLC as agent for | 384.26 | 0.00 | 50.28 |
| 6 | Quantum3 Group LLC as agent for | 174.24 | 0.00 | 22.80 |
| 7 | Quantum3 Group LLC as agent for | 480.20 | 0.00 | 62.84 |
| 8 | Quantum3 Group LLC as agent for | 455.70 | 0.00 | 59.63 |
| 9 | LVNV Funding, LLC its successors and assigns as | 375.67 | 0.00 | 49.16 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,867.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-81428-MB
Debra Randall  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 2     Date Rcvd: Sep 14, 2012
                Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2012.

```
db            +Debra Randall,    15051 Anderson Road,    Durand, IL 61024-9506
18762478      +Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-2854
18762479       Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
18762481      +Blatt, Hasenmiller Leibsker & Moore,    211 Landmark Dr., Ste. C-1,    P.O. Box 489,
                Normal, IL 61761-0489
18762482       Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
18762483       Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18762484       Citicorp Credit Services,    Allianceone Receivables,    P.O. Box 3107,
                Southeastern, PA 19398-3107
18762485       Fashion Bug,    P.O. Box 659728,    San Antonio, TX 78265-9728
18762486       Ginny's,    1112 - 7th Avenue,    Monroe, WI 53566-1364
18762487       HSBC Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
18762488       IL Dept of Employment Security,    Northern Region,    260 East Indian Trail Road,
                Aurora, IL 60505-1733
18828824       Illinois Department of Employment Security,    33 South State St 10th Flr Bankruptcy Un,
                Chicago, Illinois 60603,    Attn. Amelia Yabes
18824865      +Illinois Department of Employment Security,    33 South State St., 10th Flr.,    Bankruptcy Unit,
                Chicago, Illinois 60603-2803
18762489       Lane Bryant,    P.O. Box 659728,    San Antonio, TX 78265-9728
18762490      +Randall Plumbing, Inc.,    15051 Anderson Road,    Durand, IL 61024-9506
18762491      +Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0001
18762492      +Rockford Mercantile Agency, Inc.,    2502 S. Alpine Road,    Rockford, IL 61108-7813
18762493      +State Bank of Davis,    100 Route 75,    Davis, IL 61019-9580
18762494       Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
18762495       The Swiss Colony,    1112 - 7th Avenue,    Monroe, WI 53566-1364
18762496       World Financial Network National,    P.O. Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19043564       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2012 03:31:15
                American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18762480      +E-mail/Text: collections@blackhawkbank.com Sep 15 2012 03:44:48     Blackhawk Bank,
                400 Broad Street,    Beloit, WI 53511-6223
19267929       E-mail/Text: resurgentbknotifications@resurgent.com Sep 15 2012 02:47:30
                LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
                Services, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19000617      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 15 2012 02:51:42     Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
19008629      +E-mail/Text: bncmail@w-legal.com Sep 15 2012 03:15:52     PHARIA L.L.C.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19052272       E-mail/Text: bnc-quantum@quantum3group.com Sep 15 2012 03:12:56
                Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**                 **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2                  Date Rcvd: Sep 14, 2012
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2012 at the address(es) listed below:

```
          Jason H Rock    on behalf of Debtor Debra Randall jrock@bslbv.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```