**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RANDALL, DEBRA | § Case No. 12-81428 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $116,337.31                Assets Exempt:  $39,887.31
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,260.75        Claims Discharged
                                                  Without Payment: $33,784.15

Total Expenses of Administration: $2,739.25

---

   3)  Total gross receipts of $     5,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,739.25 | 2,739.25 | 2,739.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 321.35 | 393.02 | 393.02 | 393.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,378.56 | 14,273.32 | 14,273.32 | 1,867.73 |
| **TOTAL DISBURSEMENTS** | $140,699.91 | $17,405.59 | $17,405.59 | $5,000.00 |

    4) This case was originally filed under Chapter 7 on April 11, 2012. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2012          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Chevy Silverado | 1123-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Blackhawk Bank | 4110-000 | 119,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$119,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 51.75 | 51.75 | 51.75 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,387.50 | 1,387.50 | 1,387.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,739.25 | $2,739.25 | $2,739.25 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Employment Security | 5800-000 | 321.35 | 393.02 | 393.02 | 393.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $321.35 | $393.02 | $393.02 | $393.02 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Midland Credit Management, Inc. | 7100-000 | N/A | 7,069.51 | 7,069.51 | 925.07 |
| 3 | PHARIA L.L.C. | 7100-000 | N/A | 2,902.21 | 2,902.21 | 379.77 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 2,431.53 | 2,431.53 | 318.18 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 384.26 | 384.26 | 50.28 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 174.24 | 174.24 | 22.80 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 480.20 | 480.20 | 62.84 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 455.70 | 455.70 | 59.63 |
| 9 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 375.67 | 375.67 | 49.16 |
| NOTFILED | Ginny's | 7100-000 | 293.39 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 193.51 | N/A | N/A | 0.00 |
| NOTFILED | Lane Bryant | 7100-000 | 184.47 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 88.87 | N/A | N/A | 0.00 |
| NOTFILED | The Swiss Colony | 7100-000 | 65.15 | N/A | N/A | 0.00 |
| NOTFILED | World Financial Network National | 7100-000 | 498.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Target National Bank | 7100-000 | 2,008.72 | N/A | N/A | 0.00 |
| NOTFILED | State Bank of Davis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 348.94 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency, Inc. | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Citicorp Credit Services Allianceone Receivables | 7100-000 | 2,052.23 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later | 7100-000 | 492.88 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 5,778.54 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller Leibsker & Moore | 7100-000 | 6,986.32 | N/A | N/A | 0.00 |
| NOTFILED | Card Services | 7100-000 | 2,386.54 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,378.56 | $14,273.32 | $14,273.32 | $1,867.73 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81428  
**Case Name:** RANDALL, DEBRA  

**Period Ending:** 12/11/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/11/12 (f)  
**§341(a) Meeting Date:** 05/24/12  
**Claims Bar Date:** 08/30/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of** |
| **Ref. #** | | | **and Other Costs)** | **DA=§554(c)** | | **Remaining Assets** |
| 1 | Single Family Residence 15051 Anderson Road, Dur | 108,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash On Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Blackhawk Bank Personal Savings Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Blackhawk Bank Personal Checking Account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 3 TV's; 1 DVD Player; 1 Personal Computer; 1 VCR | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Standard Wearing Apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Shotgun | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Monthly Survivorship Pension Payment From The Ro | 2,237.31 | 0.00 | DA | 0.00 | FA |
| 9 | 2000 Dodge Van | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 Chevy Silverado | 16,000.00 | 12,000.00 | | 5,000.00 | FA |
| 11 | 1973 Motorcycle (Inoperable) | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Various Tools | 1,000.00 | 0.00 | DA | 0.00 | FA |
| **12** | **Assets** **Totals** (Excluding unknown values) | **$132,337.31** | **$12,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2013  **Current Projected Date Of Final Report (TFR):** September 30, 2013

Printed: 12/11/2012 08:19 AM    V.13.04

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-81428  
**Case Name:** RANDALL, DEBRA  
**Taxpayer ID #:** **-***5652  
**Period Ending:** 12/11/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/12 | {10} | James and Laura Baluch | pymt for vehicle | 1123-000 | 5,000.00 | | 5,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 10/29/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,387.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,387.50 | 3,562.50 |
| 10/29/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 2,312.50 |
| 10/29/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $51.75, Trustee Expenses; Reference: | 2200-000 | | 51.75 | 2,260.75 |
| 10/29/12 | 104 | Illinois Department of Employment Security | Dividend paid 100.00% on $393.02; Claim# 1; Filed: $393.02; Reference: | 5800-000 | | 393.02 | 1,867.73 |
| 10/29/12 | 105 | Midland Credit Management, Inc. | Dividend paid 13.08% on $7,069.51; Claim# 2; Filed: $7,069.51; Reference: | 7100-000 | | 925.07 | 942.66 |
| 10/29/12 | 106 | PHARIA L.L.C. | Dividend paid 13.08% on $2,902.21; Claim# 3; Filed: $2,902.21; Reference: | 7100-000 | | 379.77 | 562.89 |
| 10/29/12 | 107 | American InfoSource LP as agent for | Dividend paid 13.08% on $2,431.53; Claim# 4; Filed: $2,431.53; Reference: | 7100-000 | | 318.18 | 244.71 |
| 10/29/12 | 108 | LVNV Funding, LLC its successors and assigns as | Dividend paid 13.08% on $375.67; Claim# 9; Filed: $375.67; Reference: | 7100-000 | | 49.16 | 195.55 |
| 10/29/12 | 109 | Quantum3 Group LLC as agent for | Combined Check for Claims#5,6,7,8 | | | 195.55 | 0.00 |
| | | | Dividend paid 13.08% on $384.26; Claim# 5; Filed: $384.26   50.28 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.08% on $174.24; Claim# 6; Filed: $174.24   22.80 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.08% on $480.20; Claim# 7; Filed: $480.20   62.84 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.08% on $455.70; Claim# 8; Filed: $455.70   59.63 | 7100-000 | | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

{} Asset reference(s)

Printed: 12/11/2012 08:19 AM        V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-81428  
**Case Name:** RANDALL, DEBRA  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  

**Taxpayer ID #:** **-***5652  
**Period Ending:** 12/11/12  

**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   5,000.00  
Net Estate :   $5,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******24-66 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2012 08:19 AM    V.13.04